**No. 10-6893. Willie J. Asbury, Petitioner v. United States District Court for the District of South Carolina.**

562 U.S. 1072, 131 S. Ct. 687, 178 L. Ed. 2d 497, 2010 U.S. LEXIS 9289.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 288.

**No. 10-6914. David Flowers, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

562 U.S. 1072, 131 S. Ct. 666, 178 L. Ed. 2d 497, 2010 U.S. LEXIS 9337.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-6916. Uel Joe Freeman, Petitioner v. Troy Steele, Warden.**

562 U.S. 1072, 131 S. Ct. 667, 178 L. Ed. 2d 497, 2010 U.S. LEXIS 9418.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-6918. DeLauren Gordon, Petitioner v. Gerald Hofbauer, Warden.**

562 U.S. 1072, 131 S. Ct. 667, 178 L. Ed. 2d 497, 2010 U.S. LEXIS 9320.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6921. Larry Thomas, Petitioner v. A. K. Scribner, Warden, et al.**

562 U.S. 1072, 131 S. Ct. 667, 178 L. Ed. 2d 497, 2010 U.S. LEXIS 9136.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 726.

**No. 10-6962. Terry R. James, Petitioner v. Fiesta Food Mart, Inc.**

562 U.S. 1072, 131 S. Ct. 667, 178 L. Ed. 2d 497, 2010 U.S. LEXIS 9428.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 393 Fed. Appx. 220.

**No. 10-6968. Charles Tyson, Petitioner v. South Carolina.**

562 U.S. 1072, 131 S. Ct. 668, 178 L. Ed. 2d 497, 2010 U.S. LEXIS 9109.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

**No. 10-6975. Daniel LaBrake, Petitioner v. Paul Stowitzky, et al.**

562 U.S. 1072, 131 S. Ct. 668, 178 L. Ed. 2d 497, 2010 U.S. LEXIS 9267.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-6976. Angelo Parks, Petitioner v. Nick Ludwick, Warden.**

562 U.S. 1072, 131 S. Ct. 668, 178 L. Ed. 2d 497, 2010 U.S. LEXIS 9314.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.